UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

:Burkhard of the House of Wegner,
sui juris, suae potestate esse,

       Claimant,

v.                                          Case No. 11-50275
                                            Honorable Victoria A. Roberts

The International Monetary Fund, et al,
United States of America, et al
Her Magesty in Right of Canada, et al
Her Majesty in Right of Ontario, et al
Canada, et al
Province of Ontario, et al,

       Jointly and severally,

       Respondent,

       Defendant.
_____/

## OPINION AND ORDER SUMMARILY DISMISSING COMPLAINT

      On February 28, 2011 a Notice of Notarial Default was filed against a number defendants.

      Pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court must dismiss any action filed *in forma pauperis* that is factually frivolous, malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief against a defendant who is immune from suit.  Factual frivolousness includes allegations that are "clearly baseless," "fantastic," or

"delusional." *See Neitzke v. Williams*, 490 U.S. 319, 327-28, 109 S. Ct. 1827, 1833 (1989). Plaintiff's present complaint is frivolous under Section 1915(e), as it is both fantastic and delusional.

Accordingly, Plaintiff's case is **DISMISSED**.

**IT IS ORDERED.**

/s/ Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: November 9, 2011

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Gary Moggach by electronic means or U.S. Mail on November 9, 2011.<br><br>s/Linda Vertriest<br>Deputy Clerk |