UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

:Burkhard of the House of Wegner,
sui juris, suae potestate esse,

    Claimant,

v.

The International Monetary Fund, et al.,
United States of America, et al.,
Her Majesty in Right of Canada, et al.,
Her Majesty in Right of Ontario, et al.,
Canada, et al.,
Province of Ontario, et al.,

    Defendants.
_____/

Case No: 11-50275
Honorable Victoria A. Roberts

## ORDER STRIKING AND PROHIBITING

On November 9, 2011, the Court issued an Opinion and Order Summarily Dismissing Complaint. The Court found that the allegations were "clearly baseless," "fantastic," or "delusional." See *Neitzke v. Williams*, 490 U.S. 319, 327-28 (1989). On December 7, Plaintiff filed a second incoherent pleading, which the Court construed as a motion for reconsideration and denied on December 20. Plaintiff has now filed a third incomprehensible document entitled "Claimant demands of the Court upon their Bond(s), Findings of Fact and Conclusions of Law [F.R.Civ.P. *r* 52] relative to Jude (sic) Victoria A. Roberts' *de novo* review of the record and ORDER of November 9th, 2011, and ORDER of December 20th, 2011" [Doc. 6]. The Court has determined that Plaintiff is not entitled to judgment of any kind. Therefore, **IT IS ORDERED**, that [Doc. 6] is

**STRICKEN** from the record.  It is further ordered that Plaintiff is prohibited from filing documents in this case without permission from the Court.

 **IT IS ORDERED**.


             S/Victoria A. Roberts
             Victoria A. Roberts
             United States District Judge

Dated:  January 10, 2012

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and :Burkhard of the House of Wegner by electronic means or U.S. Mail on January 10, 2012.<br><br>s/Carol A. Pinegar<br>Deputy Clerk |